THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SPRINGFIELD DEVELOPMENT COMPANY, INC., Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HILL DEVELOPMENT COMPANY, INC., Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SPRINGFIELD DEVELOPMENT COMPANY, INC., Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HILL DEVELOPMENT COMPANY, INC., Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CHARLES ROSEN, Correct Name CHILL ROSENBLATT, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* MARCUS RETTER, Appellant.

Submitted October 3, 1955; decided October 6, 1955.

*Menahem Stim* for motion.

No one opposed.

Motion, insofar as it seeks an enlargement of time and leave to withdraw appellants' briefs and to file new ones, granted and case set down for argument during the November, 1955, session of the Court of Appeals; otherwise, motion denied without prejudice to submission of the proposed addition to the record upon the argument of the appeal at which time appellants should be prepared to show the propriety thereof.